UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER LYLE,<br><br>                   Plaintiff,<br><br>     v.<br><br>CONSTELLATION PHARMACEUTICALS, INC., JIGAR RAYTHATHA, SCOTT N. BRAUNSTEIN, MARK A. GOLDSMITH, RICHARD S. LEVY, ELIZABETH G. TRÉHU, JAMES E. AUDIA, and STEVEN L. HOERTER,<br><br>                   Defendants. | Case No.: 1:21-cv-05682-RA |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 26, 2021

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*